**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 9, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00584-CV

## IN RE ROBERT ATRIPALDI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-16397**

---

## MEMORANDUM OPINION

On July 18, 2018, relator Robert Atripaldi filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. Relator asks this court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to set aside his June 15, 2018 order granting real party interest's emergency motion for leave to conduct discovery.

On August 3, 2018, relator filed a motion to dismiss this original proceeding in order to effectuate the parties' settlement. Relator's requested relief in the petition is now moot. The motion is granted.

Accordingly, relator's petition is ordered dismissed. We also deny relator's emergency motion to stay as moot.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.